# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Anita J.,** )  | |
| ) | **CIVIL ACTION NO. 3:21-CV-00025** |
| **Plaintiff,** ) | |
| ) | **Magistrate Judge Silvain** |
| v. ) | |
| ) | |
| **Kilolo Kijakazi,** ) | |
| **Acting Commissioner of Social** ) | |
| **Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (Doc. #19) is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $3,100.00 and costs in the amount of $0, for a total award of $3,100.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

August 24, 2022                                                                 *s/Peter B. Silvain, Jr.*
                                                                                               Peter B. Silvain, Jr.
                                                                                               United States Magistrate Judge